UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL -8  PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. <u>05-20250-M1</u> |
| ) | |
| ERICA MILLER, ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Camille R. McMullen, Assistant United States Attorney applies to the Court for a Writ to have Erica Miller, R&I # 269937, DOB 11/15/1979, SSN 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, now being detained at the Shelby County Correctional Center, Memphis, Tennessee, to appear before the Honorable U.S. Magistrate Judge Thomas S. Anderson, July 14, 2005, at 2:00 p.m., an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 8th day of July, 2005.

_____
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN AND GEORGE LITTLE, WARDEN.

YOU ARE HEREBY COMMANDED to have ERICA MILLER, appear before the HONORABLE U.S. MAGISTRATE JUDGE THOMAS S. ANDERSON on the date and time aforementioned.

ENTERED this 8th day of July, 2005.

_____
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-11-05

(8)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20250 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT