**IN THE UNITED STATES DISTRICT COURT** FILED BY /off— D.C.
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 JUL 21  AM 9: 57

THOMAS M GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

v.

**ERICA MILLER**

No.    05-20250-03-Ml

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
### UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that she is unable to obtain private

counsel and requested appointment of counsel.  The defendant qualified for appointed

counsel and the Court  appointed counsel from the panel pursuant to the Criminal Justice

Act.

It is therefore ORDERED that the time period of____**July 20, 2005**_____

through   **July 26, 2005**_____ be excluded from the time its imposed by the Speedy

Trial Act for trial of this case, in order to have counsel present.

**ARRAIGNMENT IS RESET TO** _Wednesday July 27, 2005___ **AT 10:00 A.M.**

**BEFORE MAGISTRATE JUDGE** _Vescovo__ .

This _27th_ day of ___July_____, 2005.

Diane K. Vescovo
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-21-05____



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20250 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT